FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 13, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

KINSALE INSURANCE COMPANY, a
foreign insurer,

        Plaintiff,

        v.

WEEPING RIDGE LLC, a Washington
limited liability company; WEEPING
RIDGE HOME HEALTH, LLC, a
Washington limited liability company;
WEEPING RIDGE LAKE SPOKANE,
LLC, a Washington limited liability
company; WEEPING RIDGE NORTH,
LLC, a Washington limited liability
company; WEEPING RIDGE WEST, INC.,
a Washington corporation; WEEPING
RIDGE ESTATE ADULT FAMILY
HOME, INC., a Washington corporation;
GRANDE MANOR CARE, INC., a
Washington corporation; IPRI LLC, a
Washington limited liability company;
ISRAEL RODRIGUEZ, an individual;

No. 2:21-cv-00186-SAB

**ORDER GRANTING
DISMISSAL AND CLOSING
FILE**

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 1**

PENNY LEAH GARDNER  an individual;
SEAN G. PAYNE, an individual; MELISSA
L. FINCH, an individual; ERICA F.
DOMINGUEZ, an individual; AARON K.
ROSS, an individual; GARY L. BAKER, as
personal representative of the ESTATE OF
LEAH H. EVANS, Deceased; TONYA L.
ARNESON, an individual; BARBARA C.
SALATICH, an individual; RUTH E.
ESPARZA, as personal representative of the
ESTATE OF J.A.C.J., Deceased; ENEDINA
JIMENEZ, as an individual, as the natural
mother and guardian of J.C.C.J., a minor,
and as the duly appointed personal
representative of the ESTATE OF
MAGDALENO CASTRO SALVADOR,
Deceased; NOLBERTA CASTRO
JIMENEZ, an individual; IMELDA
CASTRO JIMENEZ, an individual;
MAGDALENO CASTRO, an individual;
YULISA CASTRO, an individual; J.C.J, a
minor; and Y.C.J., a minor,

Defendants.

Before the Court is the Parties' Stipulated Dismissal and (Proposed) Order,
ECF No. 117. The Parties inform move the Court for an order dismissing the

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 2**

Complaint with prejudice, with each party bearing their own costs and fees. Being fully informed, the Court grants the motion and dismisses this action.

Accordingly, **IT IS HEREBY ORDERED**:

1.    The Parties' Stipulated Dismissal and (Proposed) Order, ECF No. 117, is **GRANTED**.

2.    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action is **DISMISSED with prejudice** without costs or attorneys' fees to any party.

3.    All claims against Defendant are **DISMISSED with prejudice**.

4.    All scheduled court hearings, if any, are **STRICKEN**.

5.    All pending motions are **DISMISSED as moot**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 13th day of September 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 3**